NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LITTLE GIANT LADDER SYSTEMS, LLC,**

*Plaintiff-Appellant*

v.

**TRICAM INDUSTRIES, INC.,**

*Defendant-Appellee*

---

2022-1519

---

Appeal from the United States District Court for the District of Minnesota in No. 0:17-cv-01769-ECT-ECW, Judge Eric C. Tostrud.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.

FOR THE COURT

March 23, 2022
    Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

**ISSUED AS A MANDATE:** March 23, 2022

2   LITTLE GIANT LADDER SYSTEMS, LLC v. TRICAM INDUSTRIES, INC.